# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| JOHN SHAPIRO,<br><br>Plaintiff,<br><br>v.<br><br>JOY CAMPANELLI,<br><br>Defendant. | 2:25-cv-159 |

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss Plaintiff's Complaint for failure to state a claim for relief. Dkt. No. 6. Plaintiff did not file Objections to the Report and Recommendation, and the time to do so has elapsed. In fact, this Court's mailing was returned as undeliverable to the address Plaintiff provided. Dkt. No. 7 at 6.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DISMISS** Plaintiff's Complaint, dkt. no. 1, **DIRECT** the Clerk of Court **CLOSE** this case and to enter the

appropriate judgment of dismissal, and **DENY** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 24 day of August, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA